Mou Seng See AN9931
**Name and Prisoner Booking Number**

California Mens Colony
**Place of Confinement**

P.O. Box 8101
**Mailing Address**

San Luis Obispo CA 93409
**City, State, Zip Code**

**FILED**

OCT 07 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Mou Seng See
(Full Name of Plaintiff),
                    Plaintiff,

v.

(1) L.T. M. Covello
(Full Name of Defendant),

(2) SGT. A. Rivas,

(3) Officer G. Perez,

(4) _____,
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:24CV01206 SKO
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

**RECEIVED**

OCT 07 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: California, Substance Abuse treatment facility E-yard

## B. DEFENDANTS

1. Name of first Defendant: __M. Covello__. The first Defendant is employed as: __L.T, Hearing officer__ at __C-SAT-F E yard__.
   (Position and Title)         (Institution)

2. Name of second Defendant: __A. Rivas__. The second Defendant is employed as: __Boot Sargent__ at __C-SAT-F E yard__.
   (Position and Title)         (Institution)

3. Name of third Defendant: __C. Perez__. The third Defendant is employed as: __program officer__ at __C-SAT-F E-yard__.
   (Position and Title)         (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __7__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __MouSeng See__ v. __CDCR - C-SAT-F__
      2. Court and case number: __23SM0078   Kings County small claim__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __dismissed__

   b. Second prior lawsuit:
      1. Parties: __MouSeng See__ v. __CDCR C-SAT-F__
      2. Court and case number: __23SM0064   Kings County small claim__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: __MouSeng See__ v. __CDCR C-SAT-F__
      2. Court and case number: __23SM0031   Kings County small claims__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

civil rights complaint By prisoner
Case 1:24-cv-01206-SKO   Document 1   Filed 10/07/24   Page 3 of 7
9-9-2024
AN9931

## C. Previous lawsuits Pg 2 MouSengSee

Fourth
D. ~~Bosied~~ Prior lawsuit
1. MouSengSee v. A. Rivas Et al
2. 1:23-CV-01354-KES-BAM (PC) Eastern District court
3. Pending

E. Fifth Prior lawsuit
1. MouSeng See v. Jason Barba
2. 23CL0854  Kings county superior court
3. Pending

F. Sixth Prior lawsuit
1. MouSeng See v. G. Guerrero
2. 23CL0967  Kings county superior court
3. Pending

G. Seventh Prior lawsuit
1. MouSeng See v. B. Rivera
2. 24CV00086  Kings county superior
3. Pending.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 14th Amendment Due process / CDCR Rules violation Report policy procedure.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 9-2-2023 During My Rules violation Report Disciplinary Hearing the Senor Hearing officer L.T. M. Covello refused to allow me to call witness on my deffence's and refused to allow me to present documentary evidence. I told L.T. M. Covello that I was told that My witness can be present during the Hearing on the phone by officer G. Perez. During the Hearing I requested my witness and the L.T. denied my request. I requested to video footage to be present at the Disciplinary Hearing So I can present it as evidence on my behalf. At the hearing I requested the video, the L.T. refused to allow me to use video, and he refused to even show me the video. I stated to L.T. M. Covello that he need with out a showdow of a doubt to find me guilty of charge, he stated (I don't need showdow of doubt, there's intent, and thats all I need. By L.T. Saying this he did not care about the truth, or the violation was committing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was deprived Due process, deprived to call witness, Deprived my right to present documentary evidence, deprived my right to be found innocent guilty, with out shadow of doubt.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: 14th Amendment Due process, false claims act CDCR RVR poly procedure.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: false rep ct.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 8-4-2023 I recived a Rules violation Report and on that report SGT. A. Rivas wrote down that (footage shows See engaging in a fight with inmate Deboise and both subjects are seen striking eachother with their fist to the facial and upper torso area, SGT. A. Rivas lied on an official document, as a result of him lying on an official document, I was found guilty of charge fighting, SGT A. Rivas saw the video first before he wrote the report, and still chose to submit a false claim.
   I Seen the video and at no time can you see me fist or me fighting.

   As a result of SGT A Rivas making a false claim even after he saw the video first, I was found Guilty and my privilages was revoked.
   SGT A. Rivas knew that he was committing a Due process violation by his action but did not care.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was deprived my due process rights, and as a result of SGT making a false claim I was found Guilty.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# CLAIM III

1. State the constitutional or other federal civil right that was violated: <u>14th Amendment</u> <u>Due process / CDCR-PVPH - policy procedure.</u>

2. Claim III. Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☒ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Officer G. Perez showed me the video of incident in regards to Rules violation Report # 7329099 Fighting and I requested for the video to be present at my Disciplinary hearing. Hearing officer refused to show me the video or refused to allow me to present it as evidence.

   I requested for a witness to be present at my Hearing but my witness was no longer on the same yard, so I requested an Investigative employee because my witness was no longer on the yard. Officer G. Perez denied my request stating my witness will be at the Hearing on the phone to testify on my behalf. L.T. M. Covello. At the hearing the Hearing officer denied my witness. Officer G. Perez knew that by denying my Investigative Employee he's well be violating my rights, but still chose too.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was told my witness well be on the phone at my hearing officer reason why denying my investigative employee. Officer G. Perez

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am Requesting $100,000. dollars in damages, I wasn't able to talk to my family for over 90 days I went thru deppression, anxiety, pain and suffering Intentional infliction of Emotional and Mental Distress I want the defendant to pay for filing fees, I want this charge taken off of my C-file conviction over turn and dismiss

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 10-1-2024
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.